WILLIAM W. FARLEY, as State Commissioner of Excise of the State of New York, Respondent, *v.* C. PHILIP DITTMANN et al., Appellants.

*Farley* v. *Dittmann*, 155 App. Div. 363, affirmed.
(Submitted November 12, 1914; decided December 1, 1914.)

APPEAL from a judgment, entered March 20, 1913, upon an order of the Appellate Division of the Supreme

Court in the second judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and directing judgment for plaintiff in an action to recover upon a liquor tax bond.

*Roland Miles* and *George O. Redington* for appellants.

*Louis M. King* and *A. M. Sperry* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.